JUNE 20, 1992

No. A–954. REYNOLDS *v.* INTERNATIONAL AMATEUR ATHLETIC FEDERATION ET AL. Motion of Athletics Congress of the U. S. A., Inc., to vacate the stay entered by JUSTICE STEVENS [*post,* p. 1301] denied.

JUNE 22, 1992

No. 91–962. HARRIS *v.* CITY OF BIRMINGHAM ET AL. Appeal from D. C. N. D. Ala. Judgment vacated and case remanded with instructions to dismiss the appeal as moot. *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).

No. 91–505. WEST *v.* NORTHWEST AIRLINES, INC. C. A. 9th Cir. Upon consideration of petition for rehearing, the order entered June 8, 1992 [504 U. S. 972], denying the petition for writ of certiorari is vacated. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Morales* v. *Trans World Airlines, Inc.,* 504 U. S. 374 (1992).

No. 91–670. UNITED STATES *v.* VERDUGO-URQUIDEZ. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Alvarez-Machain,* 504 U. S. 655 (1992).

No. 91–1269. U. S. METROLINE SERVICES, INC. *v.* SOUTHWESTERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *FTC* v. *Ticor Title Ins. Co.,* 504 U. S. 621 (1992). JUSTICE O'CONNOR took no part in the consideration or decision of this case.